**IN the INTEREST OF:**
**N.D.H.B., a Minor**

**756 EDA 2017**

Superior Court of Pennsylvania.

08/21/2017

CP–51–AP–0000046–2017
CP–51–DP–0002358–2015
(Philadelphia)

Affirmed

**HATALA, M.**

**v.**

**JEWISH COMMUNITY CTR.**

**1234 MDA 2016**

Superior Court of Pennsylvania.

08/21/2017

2016–CV–3738
(Lackawanna)

Affirmed

**COM.**

**v.**

**DOSCH, S.**

**1426 MDA 2016**

Superior Court of Pennsylvania.

08/21/2017

CP–36–CR–0000115–2010
CP–36–CR–0000485–2011
CP–36–CR–0000618–2011
CP–36–CR–0002737–2011
CP–36–CR–0005606–2011
(Lancaster)

Affirmed/Vacated/Remanded

**COM.**

**v.**

**SHARP, W.**

**1877 MDA 2016**

Superior Court of Pennsylvania.

08/21/2017

CP–22–CR–0002383–2016, CP–22–CR–0002530–2016 (Dauphin)

Remanded Jurisdiction Retained